BRIGHAM W. ASHTON AND MARY ALICE ASHTON, RESPONDENTS, *v.* PACIFIC STATES SAVINGS, LOAN, AND BUILDING COMPANY, APPELLANT.

Decided on the authority of *Howells* v. *Pacific States Savings, Loan, and Building Company,* 21 Utah, 45.

(Decided February 13, 1900. Petition for rehearing denied April 17, 1900. Case appealed to the Supreme Court of the United States.)

Appeal from the Third District Court, Salt Lake County. Hon. Ogden Hiles, *Judge.*

Action to have a certain contract with a building and loan association declared unconscionable; that the loan from said company be declared a simple loan and that the mortgage securing the same be declared fully paid and canceled.

From a judgment for plaintiff, defendant appealed. *Affirmed.*

BASKIN, J.

The decree in this case is affirmed, with costs, on the authority of the decision of *Thomas F. Howells, et al.,* v. *Pacific State, Savings, Loan, and Building Company.* Both cases were argued and submitted together, and involve the same questions of law and fact.

BARTCH, C. J., and MINER, J., concur.